[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-11106
Non-Argument Calendar

_____

D.C. Docket No. 8:03-cr-00132-SDM-TGW-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DEANDRICK KEYON BACON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(October 26, 2017)

Before WILSON, JORDAN and ROSENBAUM, Circuit Judges.

PER CURIAM:

Donna Lee Elm, appointed counsel for Deandrick Bacon in this appeal of the

revocation of his supervised release and resulting sentence, has moved to withdraw

from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bacon's revocation of supervised release and sentence are **AFFIRMED**.